MAYBELLE V. GORDON AND WILLIAM E. GORDON, PLAINTIFFS-APPELLEES, v. ROLLO TRANSIT CORPORATION, BODY CORPORATE, DEFENDANT-APPELLANT.

Submitted January 27, 1933—Decided July 29, 1933.

Before Justices BODINE and DONGES.

For the defendant-appellant, *Applegate, Stevens, Foster & Reussille.*

For the plaintiffs-appellees, *Quinn, Parsons & Doremus (Theodore D. Parsons).*

PER CURIAM.

The plaintiffs recovered a judgment for injuries suffered by reason of one of the plaintiffs (a married woman) being thrown by a sudden jerk against the arm of a seat of one of defendant's buses. She was a passenger and was changing her seat to join some friends who had just boarded. The testimony indicates a jerk occasioned by the driver shifting from first to second gear.

Of the grounds of appeal none raise legal questions. No specific grounds were stated to the trial judge as a basis for the motion to nonsuit or direct a verdict. We should not, therefore, reverse because he denied the motion. *Wood* v. *Public Service Corp.,* 74 *N. J. L.* 51; 64 *Atl. Rep.* 980.

For the first time, it is argued that the injury was the result of an unavoidable accident. The proofs do not so indicate, but we may not consider the matter because no such suggestion was made to the trial judge.

On appeal, this court will not review the weight of evidence. *Burket* v. *Ellis,* 105 *N. J. L.* 560; 143 *Atl. Rep.* 347.

Lastly, error is assigned because the trial judge refused to charge a certain request. The record does not disclose the request. We cannot draw upon our imagination to reverse a judgment. *Cornish* v. *Jenks,* 109 *N. J. L.* 87; 160 *Atl. Rep.* 521.

The judgment will be affirmed.